UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHARON WATKINS, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>CITY OF SAN JOSE, et al.,<br><br>        Defendants. | Case No. 15-CV-05786-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiffs' Attorney: Nicholas Emanuel
Defendants' Attorney: Ardell Johnson

     An initial case management conference was held on April 20, 2016  A further case management conference is set for July 27, 2016 at 2:00 p.m.  The parties shall file their joint case management statement by July 20, 2016.

     The parties shall file a proposed ADR form and deadline stipulation by May 11, 2016.

     The Court set the following case schedule:

| Scheduled Event | Date |
|---|---|
| Further Case Management Conference | July 27, 2016 at 2:00 p.m. |
| Last Day to Amend the Pleadings/Add Parties | December 30, 2016 |
| Close of Fact Discovery | February 28, 2017 |

Case No. 15-CV-05786-LHK
CASE MANAGEMENT ORDER

| Opening Expert Reports | March 31, 2017 |
|---|---|
| Rebuttal Expert Reports | April 14, 2017 |
| Close of Expert Discovery | May 1, 2017 |
| Last Day to File Dispositive Motions (one per side in the entire case) | March 9, 2017 |
| Hearing on Dispositive Motions | April 27, 2017 at 1:30 p.m. |
| Final Pretrial Conference | July 20, 2017 at 1:30 p.m. |
| Jury/Bench Trial | August 7, 2017 at 9:00 a.m. |
| Length of Trial | 10 days |

**IT IS SO ORDERED.**

Dated: April 20, 2016

*Lucy H. Koh*
LUCY H. KOH
United States District Judge