UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHARON WATKINS, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF SAN JOSE, et al.,<br><br>　　　　Defendants. | Case No. 15-CV-05786-LHK<br><br>**CASE MANAGEMENT ORDER** |

The case management conference set for July 27, 2016 is hereby CONTINUED to October 26, 2016 at 2 p.m.  The parties shall file a joint settlement status report by September 22, 2016.

**IT IS SO ORDERED.**

Dated: July 21, 2016

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　United States District Judge